1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8
9

| | |
|---|---|
| NORTHWEST ADMINISTRATORS INC., <br><br> Plaintiff, <br><br> v. <br><br> BUCKEYE MOUNTAIN INC., <br><br> Defendant. | CASE NO. C25-0857JLR <br><br> ORDER |

On June 3, 2025, Defendant Buckeye Mountain Inc. filed a stipulated motion seeking an extension of time, until July 7, 2025, to answer or respond to Northwest Administrators Inc.'s complaint. (Mot. (Dkt. # 6).) Under the Local Rules of this District, a stipulated motion must be presented to the court with a proposed order. *See* Local Rules W.D. Wash. LCR 1(c)(7); *see id.* at LCR 10(g) ("Stipulations and stipulated motions shall be binding on the court only if adopted by the court through an order.").

ORDER - 1

1  The court will consider the parties' stipulated motion in this instance, but warns the
2  parties that future motions must be filed in accordance with the Local Rules.
3       Having reviewed the stipulation, the court GRANTS Buckeye Mountain Inc.'s
4  motion seeking an extension of time to answer or respond to the complaint to July 7,
5  2025 (Dkt. # 6).
6       Dated this 4th day of June, 2025.

                                                                           */s/ James L. Robart*
                                                                           JAMES L. ROBART
                                                                           United States District Judge