THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br> Plaintiff, <br> v. <br> BUCKEYE MOUNTAIN, INC., a Colorado corporation, <br> Defendant. | NO.   2:25-cv-00857-JLR <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and James Derek Little of Ogden Murphy Wallace, P.L.L.C., for Defendant, Buckeye Mountain, Inc., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

DATED this 26th day of June, 2025.

| REID, BALLEW & LEAHY, L.L.P. | OGDEN MURPHY WALLACE, P.L.L.C. |
|---|---|
| *s/Russell J. Reid* <br> Russell J. Reid, WSBA #2560 <br> 100 West Harrison St. <br> North Tower #300 <br> Seattle WA 98119 <br> (206) 285-0464 <br> Email: rjr@nwlaborlaw.com | *s/Derek Little* <br> J. Derek Little, WSBA #40560 <br> 701 5th Avenue, Suite 5600 <br> Seattle WA 98104 <br> (206) 447-7000 <br> Email: dlittle@omwlaw.com |

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorney's fees and costs of suit. Nothing in this Agreement shall be construed to foreclose Plaintiff or the Trust from seeking to collect additional contributions, liquidated damages, interest, attorney's fees or costs for the period of July 2024 through April 2025, if a future audit or other source reveals that Defendant owes additional amounts for that period, or from seeking such amounts for any period outside of July 2024 through April 2025. Defendant expressly reserves all defenses available under law with respect to any such future claim.

ORDER ENTERED this 30th day of June, 2025.

_____
THE HONORABLE JAMES L. ROBART

Submitted for Entry:

REID, BALLEW & LEAHY, L.L.P.

By: *s/Russell J. Reid*
Russell J. Reid, WSBA #2560
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone: (206) 285-0464
Fax: (206) 285-8925
Email: rjr@nwlaborlaw.com
Attorney for Plaintiff